UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TYRA L. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:18-cv-03992-JPH-DML |
| | ) |
| ANDREW M. SAUL Commissioner of the | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING ATTORNEY FEES**

Plaintiff Tyra Smith has filed an unopposed petition for $5,749.75 in attorney fees and $400.00 in costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).  Dkt. [16]; dkt. 18.

For the reasons in the petition and brief in support, the Court **GRANTS** the unopposed petition and awards the sum of $5,749.75 in attorney fees and $400.00 in costs under the EAJA.  Any fees paid belong to Ms. Smith and not her attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States.  *Astrue v. Ratliff*, 560 U.S. 586 (2010).

**SO ORDERED.**

Date: 4/24/2020

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Brian J. Alesia
OFFICE OF REGIONAL CHIEF COUNSEL FOR SOCIAL SECURITY
brian.alesia@ssa.gov

1

Julian Clifford Wierenga
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
julian.wierenga@usdoj.gov

Kirsten Elaine Wold
HANKEY LAW OFFICE
kew@hankeylaw.com